Nos. 25-1629 & 25-1635

# In the United States Court of Appeals for the Third Circuit

---

INTERNATIONAL CONSTRUCTION PRODUCTS LLC,
CROSS-APPELLANT AND APPELLEE

*v.*

CATERPILLAR INC.,
APPELLANT AND CROSS-APPELLEE

---

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (CIV. NO. 15-108)
(THE HONORABLE RICHARD G. ANDREWS, J.)*

---

**INTERNATIONAL CONSTRUCTION PRODUCTS LLC'S OPPOSED MOTION
FOR EXTENSION OF TIME TO FILE FOURTH-STEP BRIEF**

---

ANNA M. STAPLETON
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
*535 Mission Street, 25th Floor
San Francisco, CA 94105*

KANNON K. SHANMUGAM
MASHA G. HANSFORD
MATTHEW J. DISLER
MIKAELA MILLIGAN
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
*2001 K Street, N.W.
Washington, DC 20006
(202) 223-7300
kshanmugam@paulweiss.com*

International Construction Products LLC respectfully moves for a 15-day extension, to and including February 13, 2026, of the time in which to file its fourth-step brief. Counsel for ICP has notified appellant and cross-appellee Caterpillar Inc. about this motion. Caterpillar consents to only a one-week extension and so opposes the motion.

1. Federal Rule of Appellate Procedure 26(b) and Local Rule 31.4 provide that a party may receive an extension of time for "good cause."

2. ICP's fourth-step brief is currently due on January 29, 2026. ICP moves for a 15-day extension of time to file its fourth-step brief, which would make the brief due on Friday, February 13, 2026.

3. Counsel for ICP has conferred with counsel for Caterpillar, who has represented that Caterpillar opposes this request.

4. Reasoned justification exists for ICP's request for an extension of time. The undersigned counsel has numerous other briefs with proximate due dates, including a petition for writ of certiorari in the United States Supreme Court in *Chicago Wine, LLC* v. *Braun* (to be filed on Jan. 12, 2026); a brief in the Intermediate Court of Appeals in the State of Hawaii in *Mull* v. *SOF-XI Kauai PV Golf*, Nos. CAAP-25-0000609, CAAP-25-0000862 (to be filed on Jan. 14, 2026); and a brief in the United States Supreme Court in *T.M.* v. *University of Maryland Medical System Corp.*, No. 25-197 (to be filed no later than Jan. 20, 2026). Counsel also has an oral argument in the New York Supreme

Court Appellate Division in *State* v. *JPMorgan Chase*, Nos. 2025-02242, 2025-03526 (set for January 21, 2026), and an oral argument in the United States Court of Appeals for the Second Circuit in *In re RML*, No. 25-263 (set for February 18, 2026).  Additional time will be needed to allow counsel to coordinate and prepare a brief during that time.  Accordingly, ICP respectfully requests an additional 15 days in which to prepare its fourth-step brief.

    5.    This is ICP's first request for an extension of time for its fourth-step brief and is not made for delay.  No party will be prejudiced if it is granted.

    Respectfully submitted,

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM
MASHA G. HANSFORD
MATTHEW J. DISLER
MIKAELA MILLIGAN
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*
  *kshanmugam@paulweiss.com*

ANNA M. STAPLETON
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *535 Mission Street, 25th Floor*
  *San Francisco, CA 94105*

JANUARY 12, 2026

# CERTIFICATE OF BAR MEMBERSHIP

I, Kannon K. Shanmugam, counsel for cross-appellant and appellee International Construction Products LLC, hereby certify, pursuant to Local Rules 28.3(d) and 46.1(e), that I am a member in good standing of the Bar of the United States Court of Appeals for the Third Circuit.

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM

JANUARY 12, 2026

## CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND WORD-COUNT LIMITATIONS

 I, Kannon K. Shanmugam, counsel for cross-appellant and appellee International Construction Products LLC, certify, pursuant to Federal Rule of Appellate Procedure 27(d) and Local Rule 32.1, that the foregoing motion is proportionately spaced, has a Roman-style typeface of 14 points or more, and contains 351 words.

             /s/ Kannon K. Shanmugam
             KANNON K. SHANMUGAM

JANUARY 12, 2026

## CERTIFICATE OF SERVICE

    I, Kannon K. Shanmugam, counsel for cross-appellant and appellee International Construction Products LLC, and a member of the Bar of this Court, hereby certify that, on January 12, 2026, an electronic copy of this motion was filed with the Clerk of Court using the CM/ECF System. I further certify that all parties required to be served have been served.

                                                /s/ Kannon K. Shanmugam  
                                                KANNON K. SHANMUGAM

JANUARY 12, 2026